UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 13-2002 MIK |
| ) | |
| RODNEY GREEN ) | |

### GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves the Court to seal the complaint and warrant issued in this matter until further order of the Court, as the defendant is currently not in custody. Sealing is necessary in order to ensure the integrity of the anticipated enforcement operation and to ensure the safety of executing officers.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

It is so ordered:

E. CLIFTON KNOWLES   2/1/13
U.S. MAGISTRATE JUDGE